JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OMAR SHARRIEFF GAY,<br><br>    Petitioner,<br><br>    vs.<br><br>ANTHONY HEDGPETH,<br>Warden,<br><br>    Respondent. | Case No. CV 10-208-DDP (DTB)<br><br>**J U D G M E N T** |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

Dated: May 14, 2012

_____
DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE

1